COMMONWEALTH *vs.* WILLIAM LAWLESS.

An indictment under the Gen. Sts. *c.* 162, § 1, charging forgery of an "accountable receipt" of the tenor following: "Received of W. J. D., surgeon general, my discharge and check for $100. G. P. G." is repugnant; such receipt not being an accountable receipt.

CHAPMAN, C. J. The indictment charges that the defendant did forge and counterfeit a certain "accountable receipt for money and other property," said receipt being of the tenor following, to wit: "Boston, August 15th, 1868. Rec'd of Wm. J Dale, surgeon general of Mass., my discharge and check No. 6979, for $100. George P. Gill. Witness, Fred'k P. Cutting." This is not an accountable receipt, for it does not acknowledge that anything has been received which is to be accounted for. *Regina* v. *Moody,* Leigh & Cave, 173. *Commonwealth* v. *Talbot,* 2 Allen, 161. Among other things which are made the subjects of forgery by the Gen. Sts. *c.* 162, § 1, is "an accountable receipt for money, goods or other property."

This difference between the instrument and the name given to it constitutes a repugnance which is fatal to the indictment. 2 Bish. Crim. Proc. § 369. It is not necessary to notice the other objections which were taken. *Indictment quashed.*

*G. C. Starkweather & H. N. Sheldon,* for the defendant.

*C. Allen,* Attorney General, for the Commonwealth.